# United States Court of Appeals
## For the First Circuit

No. 16-9016

IN RE: TEMPNOLOGY, LLC, n/k/a Old Cold LLC,
Debtor.

MISSION PRODUCT HOLDINGS, INC.,

Appellant,

v.

TEMPNOLOGY, LLC, n/k/a Old Cold LLC,

Appellee.

**ERRATA SHEET**

The opinion of this Court issued on January 12, 2018, is amended as follows:

On page 32, line 8, replace "quantity" with "quality."